No. 11–657. COMMISSIONER OF INTERNAL REVENUE v. EQUIPMENT HOLDING CO., LLC, ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–834. BACA, LOS ANGELES COUNTY SHERIFF v. STARR. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 11–912. FIRST ANNAPOLIS BANCORP, INC. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–922. RIVER CENTER LLC v. DORMITORY AUTHORITY OF THE STATE OF NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Motions of Center for Constitutional Jurisprudence, Real Estate Board of New York, Inc., et al., and Owners' Counsel of America for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 11–1071. VIRGINIA v. BANKS. Sup. Ct. Va. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 11–9190. GARCIA v. BRADT, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–9621. QUIROZ-MENDEZ, AKA GARCIA-MORENO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–991. HILL v. LAWSON REALTY CO., DBA PORTSMOUTH ESTATES ASSOCIATES, 565 U. S. 1262;

No. 11–7214. ENRIQUEZ v. LIVINGSTON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL., 565 U. S. 1204;

No. 11–7583. BELL v. DAVIS, WARDEN, 565 U. S. 1205;

No. 11–7637. BRYSON v. OCWEN FEDERAL BANK, FSB, 565 U. S. 1206;

No. 11–7881. VIG v. SEELIGER, JUDGE, SUPERIOR COURT OF GEORGIA, STONE MOUNTAIN JUDICIAL CIRCUIT, 565 U. S. 1212;

No. 11–7914. TURNER v. NIXON ET AL., 565 U. S. 1213;

No. 11–8007. SHREVE v. FETTER ET AL., 565 U. S. 1217;

No. 11–8274. EL BEY, AKA SAVALL, AKA SAKIM v. DAVIS ET AL., 565 U. S. 1266;

No. 11–8287. SWISHER v. INDIANA, 565 U. S. 1266;

No. 11–8414. QUEEN v. CALIFORNIA, 565 U. S. 1239;

No. 11–8637. JONES v. UNITED STATES, 565 U. S. 1252; and

No. 11–8839. IN RE WALKER, 565 U. S. 1245. Petitions for rehearing denied.

No. 11–8150. WHIGUM, AKA BECK, AKA DAVIS, AKA HAMILTON v. FLORIDA ET AL., 565 U. S. 1253. Petition for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

MAY 2, 2012

No. 11–10098 (11A1038). IN RE BARTEE.. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

MAY 14, 2012

No. 11–8728. GARCIA v. UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position asserted by the Solicitor General in his brief for the United States filed on April 11, 2012.

No. 11–9316. FLORES v. HOLDER, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further